No. 88–6965 (A–798).  WASHINGTON *v.* TEXAS;
No. 88–7010 (A–820).  TUCKER *v.* TEXAS; and
No. 88–7062 (A–982).  BEETS *v.* TEXAS.  Ct. Crim. App. Tex. Applications for stays of mandates, presented to JUSTICE WHITE, and by him referred to the Court, denied.  Certiorari denied. Reported below: No. 88-6965, 771 S. W. 2d 537; No. 88-7010, 771 S. W. 2d 523; No. 88-7062, 767 S. W. 2d 711.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.

No. 88–7161.  HERRING *v.* CONNECTICUT.  Sup. Ct. Conn. Certiorari denied.  JUSTICE WHITE would grant certiorari.

No. 87–1594.  CROMAN *v.* MANHATTAN COMMUNITY COLLEGE, 490 U. S. 1064;
No. 88–1419.  LAFFERTY *v.* ALYESKA PIPELINE SERVICE CO. ET AL., 490 U. S. 1021;
No. 88–1519.  BERGMAN *v.* UNITED STATES, 490 U. S. 1036;
No. 88–1641.  BODINE *v.* UNITED STATES, 490 U. S. 1048;
No. 88–6513.  ATHERTON *v.* ATTORNEY GENERAL OF THE UNITED STATES ET AL., 490 U. S. 1048;
No. 88–6739.  SUTTON *v.* UNITED STATES, 490 U. S. 1011;
No. 88–6813.  KIM *v.* UNITED STATES ET AL., 490 U. S. 1070;
No. 88–6827.  IN RE WALKER, 490 U. S. 1045;
No. 88–6846.  SUMMERS *v.* CHAVIS, WARDEN, ET AL., 490 U. S. 1071;
No. 88–6900.  HOFFMAN *v.* UNITED STATES, 490 U. S. 1051;
No. 88–6904.  McDONALD *v.* YELLOW CAB METRO, INC., 490 U. S. 1083; and
No. 88–6994.  WILLIAMS *v.* LITTLE FLOWER CHILDRENS SERVICES, 490 U. S. 1093.  Petitions for rehearing denied.

No. 88–6293.  ROBINSON *v.* UNITED STATES ET AL., 489 U. S. 1068; and